IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 5:16-CR- |
| | : | |
| MARIA E. TRENAM | : | VIOLATION:  18 U.S.C. § 1343 |
| | : | 18 U.S.C. § 669 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 18 U.S.C. § 982(a)(7) |
| | : | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH THIRTEEN
(Use of Wires to Further a Scheme to Defraud – 18 U.S.C. § 1343)

A.     INTRODUCTION

At all times relevant to this indictment:

1. Surgical Associates of Warner Robins, P.C. ("Surgical Associates"), was a "health care benefit program," providing surgical and other medical services to individuals under public and private plans affecting interstate commerce. The place of business of Surgical Associates was in Warner Robins, Georgia.

2. Defendant MARIA E. TRENAM was the office manager of Surgical Associates.

B.     PURPOSE OF THE SCHEME

From on or about March 31, 2011, and continuing thereafter until on or about August 11, 2015, in the Macon Division of the Middle District of Georgia, the defendant,

MARIA E. TRENAM,

knowingly and willfully devised and intended to devise a scheme and artifice to defraud Surgical Associates.

C.     THE SCHEME AND ARTIFICE TO DEFRAUD

The scheme and artifice so executed and intended to be executed was in substance as follows:

1.  As office manager of Surgical Associates, MARIA E. TRENAM had access to the banking and financial records of the business.  She could write checks on business accounts, and she had access to signature stamps of the doctors who practiced in the business.  She had a business credit card.  She handled the payroll for employees of the business.  The doctors trusted defendant to the extent that there was little oversight of her activities as the office manager.  At Surgical Associates, defendant had sole control over monthly financial institution and credit card statements.  For persons and businesses outside of the office, defendant was the office point of contact on matters relating to the financial affairs of the business.

2.  Defendant used her position at Surgical Associates to embezzle money from Surgical Associates totaling $1,227,404.00.

3.  Defendant used her position at Surgical Associates to make unauthorized cash withdrawals at automated teller machines of financial institutions utilizing her business credit card.

4.  Defendant used her position at Surgical Associates to write unauthorized checks to herself on business accounts, utilizing the signature stamps of the doctors.

5.  Defendant without authorization increased her salary.

6.  Defendant used her business credit card to make unauthorized purchases of goods and services.

7.  Defendant used her business credit card for unauthorized travel and entertainment.

8.  Defendant used her business credit card to make unauthorized purchases of goods and services on the internet.

D.     USE OF THE WIRES TO FURTHER THE SCHEME TO DEFRAUD

On or about the dates alleged below, in the Macon Division of the Middle District of

Georgia and elsewhere, the defendant,

## MARIA E. TRENAM,

for the purpose of executing the aforesaid scheme and artifice to defraud and attempting to do so,

knowingly and willfully caused to be transmitted by means of wire communication in interstate

commerce the following writings, sounds, and signals, that is, credit card orders for goods or

services over the internet, each order for goods or services being a separate count of this

indictment and being more particularly described below by the date of the transaction, the

amount of the transaction, and the name and location of the business from which the goods or

services were obtained:

| COUNT | DATE | AMOUNT | NAME AND LOCATION OF BUSINESS |
| --- | --- | --- | --- |
| 1 | 3-16-15 | $2,289.79 | Joann Store internet, Ohio |
| 2 | 3-6-15 | $887.03 | Apple Online Store, California |
| 3 | 2-19-13 | $1,930.33 | Nordic Track.com, Utah |
| 4 | 2-14-13 | $2,214.34 | Apple Online Store, California |
| 5 | 11-19-12 | $1,196.26 | Apple Online Store, California |
| 6 | 9-18-12 | $1,254.21 | Korbel – internet, California |
| 7 | 1-14-12 | $1,718.06 | Apple Online Store, California |
| 8 | 12-26-11 | $1,016.47 | Sears.com internet, Iowa |
| 9 | 12-17-11 | $1,871.06 | The Royal Jo internet, Nebraska |
| 10 | 11-23-11 | $2,325.11 | Apple Online Store, California |
| 11 | 11-17-11 | $1,099.96 | Newegg.com, CA |
| 12 | 9-29-11 | $1,776.17 | Sears.com internet, Iowa |

| 13 | 4-12-11 | $1,304.28 | Apple Online Store, California |

all in violation of Title 18, United Stated Code, Section 1343.

COUNTS FOURTEEN THROUGH SIXTY-FIVE
(Embezzlement from a Health Care Provider – 18 U.S.C. § 669)

1. Section A of Count One of this indictment is incorporated by reference herein.

2. On or about the dates alleged below, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this court, the defendant,

MARIA E. TRENAM,

did knowingly and willfully embezzle and steal money of a health care benefit program, in that she used her position as office manager of Surgical Associates to embezzle and steal money from Surgical Associates, by using a business credit card to make unauthorized personal purchases and cash withdrawals, and by preparing unauthorized checks made payable to herself drawn on business accounts, each transaction of embezzlement and theft described below being a separate count of this indictment and identified by the date the funds were stolen, the amount of funds stolen, and the means or method by which the funds were stolen, all in violation of Title 18, United States Code, Section 669:

| COUNT | DATE | AMOUNT | METHOD OR MEANS OF EMBEZZLEMENT |
|---|---|---|---|
| 14 | 8-11-15 | $3,256.89 | Surgical Associates check number 6173 |
| 15 | 8-3-15 | $200.00 | Jdv Cigars & Fine Wine, Florida |
| 16 | 8-2-15 | $2,465.40 | Credit card purchase, St. Regis Hotel, Atlanta |
| 17 | 7-28-15 | $4,275.89 | Surgical Associates check number 6157 |
| 18 | 6-27-15 | $2,034.27 | Credit card purchase, Van Goghs, Inc., Roswell |
| 19 | 6-26-15 | $600.00 | SunTrust cash withdrawal, Warner Robins |
| 20 | 6-24-15 | $5,246.35 | Surgical Associates check number 6106 |

| 21 | 6-1-15 | $2,088.12 | Kroger, Warner Robins |
| 22 | 5-7-15 | $4,785.25 | Surgical Associates check number 6034 |
| 23 | 4-13-15 | $2,136.52 | Surgical Associates check number 5961 |
| 24 | 3-2-15 | $3,551.44 | Credit card purchase, Surrey, New York |
| 25 | 2-28-15 | $487.98 | Credit card purchase, Bloomingdales, New York |
| 26 | 2-26-15 | $600.00 | SunTrust cash withdrawal, Warner Robins |
| 27 | 1-17-15 | $756.90 | Credit card purchase, Remede Atlanta Spa |
| 28 | 1-17-15 | $388.60 | Credit card purchase, St. Regis Hotel, Atlanta |
| 29 | 12-19-14 | $4,681.00 | Credit card purchase, Bavarian Collision, Atlanta |
| 30 | 12-4-14 | $3,044.88 | Credit card purchase, Kroger, Warner Robins |
| 31 | 11-23-14 | $2,671.67 | Credit card purchase, Chateau Elan Spa |
| 32 | 9-16-14 | $1,235.76 | Credit card purchase, Surrey, New York |
| 33 | 9-10-14 | $600.00 | SunTrust cash withdrawal, Warner Robins |
| 34 | 9-6-14 | $841.32 | Credit card purchase, St. Regis Hotel, Atlanta |
| 35 | 8-10-14 | $394.05 | Credit card purchase, Quality Inn, Jekyll Island |
| 36 | 6-12-14 | $3,707.10 | Credit card purchase, Kroger, Warner Robins |
| 37 | 5-26-14 | $1,223.96 | Credit card purchase, J Crew Factory, Dawsonville |
| 38 | 5-11-14 | $2,978.10 | Credit card purchase, Surrey, New York |
| 39 | 2-20-14 | $2,001.32 | Credit card purchase, Prestige Entertainment, CT |
| 40 | 2-12-14 | $1,403.45 | Credit card purchase, Northside Hospital, Atlanta |
| 41 | 2-3-14 | $1,570.31 | Walsh Nissan, Macon |
| 42 | 12-18-13 | $1,209.98 | Best Buy, Warner Robins |
| 43 | 12-6-13 | $852.83 | Credit card purchase, Surry Spa, New York |
| 44 | 6-13-13 | $1,891.21 | Credit card purchase, Courtyard by Marriott, Warner Robins |

| 45 | 3-25-13 | $1,739.82 | Credit card purchase, The Ink Spot, Warner Robins |
| 46 | 3-15-13 | $875.13 | Credit card purchase, Brooks Brothers, Locust Grove |
| 47 | 2-24-13 | $3,833.81 | Credit card purchase, Appliances Mart, Cumming |
| 48 | 10-1-12 | $1,008.17 | Credit card purchase, Aramark Turner Field |
| 49 | 9-29-12 | $2,656.50 | Credit card purchase, St. Regis Hotel, Atlanta |
| 50 | 9-25-12 | $9,806.81 | Credit card purchase, Endive |
| 51 | 9-19-12 | $2,506.85 | Credit card purchase, Bennetts Liquor |
| 52 | 9-15-12 | $763.43 | Credit card purchase, Swan Coach House, Atlanta |
| 53 | 9-4-12 | $1,152.36 | Credit card purchase, Venetian, Las Vegas |
| 54 | 6-1-12 | $10,000.00 | Credit card purchase, Endive |
| 55 | 12-1-11 | $4,449.86 | Credit card purchase, Bridals by Lori, Atlanta |
| 56 | 11-21-11 | $948.49 | Credit card purchase, West End, Nice |
| 57 | 11-19-11 | $1,525.00 | Credit card purchase, Delta Air Lines |
| 58 | 10-28-11 | $1,050.02 | Credit card purchase, Ann Taylor, Locust Grove |
| 59 | 9-29-11 | $1,776.17 | Credit card purchase, Sears internet |
| 60 | 9-19-11 | $1,201.30 | Credit card purchase, Royal Caribbean Cruises |
| 61 | 9-3-11 | $1,059.04 | Credit card purchase, Dress Up Boutique, Dahlonega |
| 62 | 9-2-11 | $1,304.51 | Credit card purchase from Ann Taylor, Dawsonville |
| 63 | 7-26-11 | $6,152.50 | Credit card purchase from Satterfield Dempsey Jewelry |
| 64 | 5-6-11 | $4,329.44 | Rci, Warner Robins |
| 65 | 3-31-11 | $200.00 | Credit card purchase from Premiercruises |

## FORFEITURE NOTICE
(18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1.      The allegations contained in Counts One through Sixty-Five of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(7).

2.      Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1343 set forth in Counts One through Thirteen; and/or Title 18, United States Code, Section 669 set forth in Counts Fourteen through Sixty-Five of the Indictment, the defendant,

### MARIA E. TRENAM,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s); and/or any property, real or personal, that constitutes or is derived directly or indirectly, from gross proceeds traceable to the commission of the offense(s), pursuant to Title 18, United States Code, Section 982(a)(7), including but not limited to the following:

### MONEY JUDGMENT

A.      A personal money judgment in an amount to be determined which represents the total amount of the gross proceeds traceable, directly or indirectly, to the offense(s) charged in Counts One through Sixty-Five of the Indictment, that is:  Use of Wires to Further a Scheme to Defraud, and Embezzlement from a Health Care Provider.

### BANK ACCOUNT

B.      All United States currency, funds, and other monetary instruments credited to Bank Account Number 0003614716714, in the name of Maria E. Trenam or Robert H. Wallace,

or Kaitlin Trenam, located at Suntrust Bank, 1903 Watson Boulevard, Warner Robins, Georgia, 31093;

## CONVEYANCE

C.     One (1) 2012 Toyota Camry, Hybrid XLE Sedan, VIN: 4T1BD1FK5CU031927, titled in the name of Kaitlin Trenam Fox;

## JEWELRY

D.     One (1) white gold diamond ring, approximately 1.85 carats in total weight, .85 carats cushion cut; and

## REAL PROPERTY

E.     The property located at located at 122 Henry Street, Warner Robins, Houston County, Georgia, and any appurtenances and improvements thereon, which is more particularly described as:

> All that tract or parcel of land lying and being in Land Lot 145, 5th Land District, Houston County, Georgia, being known and designated as Parcel A-1-A, containing 0.47 acres, more or less, of a resubdivision of Parcel "A", Buford S Self Property, according to a plat of survey prepared by Broxton & Associates, dated July 2, 1980, recorded in Plat Book 23, Page 162, Clerk's Office, Houston Superior Court. Said plat and the recorded copy thereof are hereby incorporated for all purposes.
>
> Also
> All that tract or parcel of land lying and being in Land Lot 145, 5th Land District, Houston County, Georgia, being known and designated as Parcel A-2-A, containing 0.01 acres, more or less, of a resubdivision of Parcel "A", Buford S Self Property, according to a plat of survey prepared by Broxton & Associates, dated July 27, 1979, recorded in Plat Book 23, Page 43, Clerk's Office, Houston Superior Court. Said plat and the recorded copy thereof are hereby incorporated for all purposes.

3.     If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)     cannot be located upon exercise of due diligence;

(b)     has been transferred, sold to or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c).

A TRUE BILL.

_____

s/FOREPERSON OF THE GRAND JURY

Presented by:

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

_____
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _13 th_ day of January, 2016.

_____
Deputy Clerk