**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 5:16-CR-1 (MTT)** |
| **VS.** : | |
| : | |
| **MARIA E. TRENAM** : | |
| : | |

**FINAL ORDER OF FORFEITURE**

On October 3, 2016, pursuant to 18 U.S.C. § 982(a)(7), 18 U.S.C. § 3554, and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Maria E. Trenam.

Pending now before the Court is the United States' Motion and Memorandum for Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.    This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue is proper pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2.    The United States has furnished due and legal notice of these proceedings as required by law by sending direct notice to any person, other than the Defendant, that may have or claim a legal interest in the subject property, and by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b)(1).

4. On December 28, 2016, Third-Party Petitioner EverBank, FSA, through their counsel of record, Gregory M. Taube, Esq., filed a timely petition asserting an interest in the real property located at 122 Henry Street, Warner Robins, Houston County, Georgia [Doc. 47]. An Expedited Settlement Agreement and Release of Claims [Doc. 49] was filed by the parties on March 7, 2017.

5. Based on the Expedited Settlement Agreement and Release of Claims for the real property located at 122 Henry Street, Warner Robins, Houston County, Georgia, the Count entered a Consent Order on March 8, 2017, recognizing the agreement made between the United States and EverBank, FSA for the release of a total amount of $17,370.95, plus the accrual of additional interest, and other additional fees set forth as specified in (a) – (f) of this paragraph, after payment of outstanding taxes, and the expenses of custody and sale incurred by the United States Marshals Service as follows:

    a. All unpaid principal due to EverBank in the amount of $10,160.77 as of February 28, 2017, pursuant to the Promissory Note ("Note") dated on or about July 25, 2003, made by Maria Trenam "(Trenam")" to

Market Street Mortgage Corporation, which was secured by a Security Deed executed by Trenam on or about July 31, 2003, in favor of Market Street Mortgage Corporation with Mortgage Electronic Registration Systems, Inc. as grantee, recorded July 31, 2003, in the official records of Houston County, Georgia, at Deed Book 2660, Page 2-17, and later transferred and endorsed in favor of EverBank by that certain Assignment of Mortgage/Security Deed from Mortgages Electronic Registration Systems, Inc. as nominee for Market Street Mortgage Corporation, recorded February 22, 2016, at Deed Book 7080, Page 260, in the Houston County, Georgia Records;

b. All unpaid interest at the base contractual rate (not the default rate) under the Note, in the amount of $706.21 as of February 28, 2017, plus interest at the annual rate of 5.25 from March 1, 2017, until the date of Payment;

c. All casualty insurance premiums paid by EverBank in the amount of $1,069.00, good through July 30, 2017, and any additional payments made by EverBank up to the date of the Payment;

d. Other escrow advance items in the amount of $775.09, and any additional escrow advances up to the date of the Payment;

e. All late charges in the amount of $344.88 as of February 28, 2017; and

  f. All recoverable expenses in the amount of $4,315.00 as of February 28, 2017, and all additional recoverable expenses up to the date of the Payment.

 6. Additionally, the Consent Order provided for the release of the real property by the United States to Petitioner EverBank, FSA in the event any proposed sale would be insufficient to pay Petitioner EverBank, FSA's secured interest in full satisfaction, including payment of outstanding taxes, and the expenses of custody and sale incurred by the United States Marshals Service, in accordance with the Expedited Settlement Agreement and Release of Claims

 7. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has now expired.

 THEREFORE IT IS HEREBY ORDERED THAT:

 1. The United States Marshals Service shall coordinate the release of the funds in the amount of $17,370.95, plus the accrual of additional interest, and other additional fees as specified in (a) – (f) of paragraph five above, after payment of outstanding taxes, and the expenses of custody and sale incurred by the United States Marshals Service, payable jointly to Third-Party Petitioner EverBank, FSA, and their counsel Gregory M. Taube, Esq., 201 17th Street, NW, Suite 1700, Atlanta, Georgia, 30363, in full and final satisfaction of any and all claims which EverBank, FSA may have or hereinafter have in the property to wit: real property located at 122 Henry Street,

Warner Robins, Houston County, Georgia, and any appurtenances and improvements thereon.

2. Alternatively, if it is determined that the proceeds from any proposed sale of the real property located at 122 Henry Street, Warner Robins, Houston County, Georgia, would be insufficient to pay Petitioner EverBank, FSA in full as set forth in the Consent Order, including, payment of outstanding taxes, and the expenses of custody and sale incurred by the United States Marshals Service, the United States shall release its interest in the real property to Petitioner EverBank, FSA, in accordance with the Expedited Settlement Agreement and Release of Claims.

3. Except as provided in paragraphs one and two on this page, the Court's October 3, 2016, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law:

**<u>MONEY JUDGMENT</u>**

A. A personal money judgment in the amount of one million, one hundred seventy-eight thousand, seven hundred thirty-six dollars and ninety cents ($1,178,736.90), which represents the total amount of the gross proceeds traceable, directly or indirectly, to the offense(s) charged in Count One of the Indictment, that is: Use of Wires to Further a Scheme to Defraud.

**<u>BANK ACCOUNT</u>**

B. All United States currency, funds, and other monetary instruments credited to Bank Account Number 0003614716714, in the name of Maria E. Trenam

or Robert H. Wallace, or Kaitlin Trenam, located at Suntrust Bank, 1903 Watson Boulevard, Warner Robins, Georgia, 31093;

**CONVEYANCE**

C.  One (1) 2012 Toyota Camry, Hybrid XLE Sedan, VIN: 4T1BD1FK5CU031927, titled in the name of Kaitlin Trenam Fox;

**JEWELRY**

D.  One (1) white gold diamond ring, approximately 1.85 carats in total weight, .85 carats cushion cut; and

**REAL PROPERTY**

E.  The property located at located at 122 Henry Street, Warner Robins, Houston County, Georgia, and any appurtenances and improvements thereon, which is more particularly described as:

All that tract or parcel of land lying and being in Land Lot 145, 5th Land District, Houston County, Georgia, being known and designated as Parcel A-1-A, containing 0.47 acres, more or less, of a resubdivision of Parcel "A", Buford S Self Property, according to a plat of survey prepared by Broxton & Associates, dated July 2, 1980, recorded in Plat Book 23, Page 162, Clerk's Office, Houston Superior Court. Said plat and the recorded copy thereof are hereby incorporated for all purposes.

Also
All that tract or parcel of land lying and being in Land Lot 145, 5th Land District, Houston County, Georgia, being known and designated as Parcel A-2-A, containing 0.01 acres, more or less, of a resubdivision of Parcel "A", Buford S Self Property, according to a plat of survey prepared by Broxton & Associates, dated July 27, 1979, recorded in Plat Book 23, Page 43, Clerk's Office, Houston Superior Court. Said plat and the recorded copy thereof are hereby incorporated for all purposes.

4. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this <u>2nd</u> day of <u>June</u>, 2017.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

G. F. PETERMAN, III
UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683