**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

U.S. Marshals Service
S/FL Asset Forfeiture

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

2017 AUG 16 AM 9:57

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>5:16-CR-1 (MTT) |
| DEFENDANT<br>MARIA E. TRENAM | TYPE OF PROCESS<br>DISPOSAL OF FUNDS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
All currency, funds, and other monetary instruments credited to SunTrust Bank Account Number 0003614716714
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C/O UNITED STATES MARSHAL SERVICE, MACON, GEORGIA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office - M.D.Ga.
Danial E. Bennett, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia  31202

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Per the attached Final Order of Forfeiture, please dispose of the above listed asset in accordance with the law.

CATS ID No: 16-FBI-001218

Signature of Attorney other Originator requesting service on behalf of:   Danial E. Bennett, AUSA   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER (478) 752-3511   DATE 8/15/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. ___ | District to Serve<br>No. 4 | Signature of Authorized USMS Deputy or Clerk<br>MF | Date<br>8/17/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 6/6/17   Time ___   ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
Funds disposed pursuant to FOF

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
U.S. Marshals Service
S/FL Asset Forfeiture
2017 AUG 16 AM 9:59

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 5:16-CR-1 (MTT) |
| DEFENDANT | TYPE OF PROCESS |
| MARIA E. TRENAM | DISPOSAL OF PROPERTY |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2012 Toyota Camry, Hybrid XLE Sedan, VIN: 4T1BD1FK5CU031927, titled in the name of Kaitlin Trenam Fox
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C/O UNITED STATES MARSHAL SERVICE, MACON, GEORGIA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office - M.D.Ga.
Danial E. Bennett, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Per the attached Final Order of Forfeiture, please dispose of the above listed asset in accordance with the law.

CATS ID No: 16-FBI-001219

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
Danial E. Bennett, AUSA
TELEPHONE NUMBER: (478) 752-3511
DATE: 8/15/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 20
District to Serve: No. 20
Signature of Authorized USMS Deputy or Clerk
Date: 8/16/2017

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/3/2017  Time: 11 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | $0.00 |

REMARKS:
Asset Disposed pursuant FOF. Sold 7/3/2017.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80