# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Maria E. Trenam | **Repayment Agreement and Order** | No: 5:16-CR-00001-001 |
|---|---|---|

On September 30, 2016, Maria E. Trenam was sentenced to 60 months imprisonment followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Trenam. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on September 30, 2016, I have been ordered to pay a total restitution of $1,178,736.90 and a special assessment of $100.00.

2.  On September 28, 2000, I began my service of 36 months of supervised release in the Central District of California. The mandatory assessment was satisfied on April 7, 2017. The current balance of my restitution is $1,143,505.08.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of April, 2021, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision. Additionally, a lump sum payment of $500.00 will be made no later than the 15th day of April, as payments have not been made since the start of the term of supervision. Payments are to be mailed to the U.S. District Court Clerk's Office at Post Office Box 128, Macon, Georgia 31202.

_____   4-5-2021
Maria E. Trenam             Date

Priscilla Peralta
2021.04.12 15:07:53 -07'00'
_____   _____
Priscilla Peralta, U.S. Probation Officer (Central District of California)   Date

Kevin D. Abernethy           4-27-2021
_____   _____
Assistant U.S. Attorney      Date

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

_____
Marc T. Treadwell
Chief U.S. District Judge

4.28.21
_____
Date